LAURA E. DUFFY
United States Attorney
TOM STAHL
Assistant U.S. Attorney
Chief, Civil Division
California State Bar No. 078291
BRETT NORRIS
Assistant U.S. Attorney
California State Bar No. 224875
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7738
Facsimile:  (619) 557-5004

Attorneys for the Plaintiff
The United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. **'11CV0949 JLS  POR** |
| Plaintiff, | COMPLAINT IN CONDEMNATION |
| v. | [With Declaration of Taking] |
| 1.31 ACRES OF LAND, more or less, situated in the City of San Diego, San Diego County, State of California, and SAN DIEGO & ARIZONA EASTERN RAILWAY COMPANY, CITY OF SAN DIEGO, et al. | |
| Defendants. | |

1.  This is a civil action brought by the United States of America at the request of the Acting Regional Administrator of the United States General Services pursuant to the authority delegated by the Administrator of General Services in Chapter 17, paragraph 2d of the GSA Delegation of Authority Manuel ADM P 5450.39C, for the taking of the property under the power of eminent domain through a Declaration of Taking and for the determination and award of just compensation to the owners and parties of interest.

2.  The authority for the acquisition of the estate in property described herein is 40 U.S.C. § 581: 40 U.S.C. § 3114: and Public Laws 108-199 and 110-161, which acts appropriate funds for this acquisition.

3. The public use for which the property is taken is for the expansion and improvement of the San Ysidro Land Port of Entry and other related purpose of the Government, and for such other use as may be authorized by Acts of Congress or by Executive Order.

4. A general description of the property being taken is set forth in Schedule A, attached hereto and made a part hereof.

5. A plan depicting the property being taken is shown in Schedule B, attached hereto and made a part hereof.

6. The estate taken is described in Schedule C, attached hereto and made a part hereof.

7. The estimated amount of just compensation for the property being taken is set forth in Schedule D, attached hereto and made a part hereof.

8. The persons who may have or claim a purported interest in the property and whose names are known are listed in Schedule E, attached hereto and made a part hereof.

9. Local and state taxing authorities and assessment districts may have or claim an interest in the property by reason of taxes and assessments due and owing.

10. In addition to those entities named, there are or may be others who have or may have some interest in the property or interests taken, whose names are unknown to the Plaintiff, and such persons are made parties in the action under the designation "Other Interested Parties."

WHEREFORE, Plaintiff demands judgment that the property and interests be condemned, and that just compensation for the taking be ascertained and awarded, and such other relief as may be lawful and proper.

DATED: May 3, 2011

LAURA E. DUFFY
United States Attorney

s/Brett Norris
BRETT NORRIS
Assistant United States Attorney
Attorneys for Plaintiff

SCHEDULE A

DESCRIPTION OF THE PROPERTY

The land which is the subject matter of this proceeding consists of two parcels (as shown on the plans attached to this Declaration of Taking as "Schedule B") constituting a Portion of Lots 6, 9 and 10, in Section 6, Township 19 South, Range 1 West in the City of San Diego, County of San Diego, State of California being also a Portion of the San Diego and Arizona Eastern Railway Company land as shown on Record of Survey No. 15490 filed in the office of the County Recorder of said County on April 24, 1997 as file/page 1997-189329 described as follows:

**PARCEL 1 – Fee Parcel**

**COMMENCING** at International Boundary Monument No. 255 on the International boundary between the United States of America and the Republic of Mexico as shown on said Record of Survey; thence Southwesterly along said International boundary South 84° 40' 35" West 144.90 feet (record South 84°39'38" West 144.90 feet per ROS 15490) to the intersection of said International boundary with the Southerly prolongation of the Westerly line of said San Diego and Arizona Eastern Railway Company land (hereinafter referred to as Railroad land) as shown on said Record of Survey; thence leaving said International boundary and along said Southerly prolongation North 33°15'25" West (record North 33°18'22" West) 45.28 feet to the Southwest corner of said Railroad land and the **TRUE POINT OF BEGINNING**; thence Northerly along the Westerly line of said Railroad land the following courses:
North 33° 15' 25" West 281.42 feet; (record North 33° 18'22" West 281.64 feet); thence South 65° 50' 25" West 52.84 feet (record South 65° 03'44" West 52.86 feet); thence North 31° 48' 49" West 366.77 feet (record North 31° 49'46" West 366.53 feet) to a point hereinafter referred to as **POINT "A"**; thence North 57° 27' 03" East 6.65 feet (record North 57 26'06" East) to the beginning of a non-tangent curve concave Northerly having a radius of 49.00 feet to which a radial line bears South 55° 05' 04" West; thence leaving said Westerly line and Southerly, Easterly and Northerly along the arc of said curve through a central angle of 144° 24' 00" a distance of 123.49 feet; thence non tangent from said curve South 31° 10' 35" East 82.36 feet;

Schedule A
Page 1 of 3

thence South 56° 46'42" West 6.47 feet; thence South 34° 57' 51" East 74.78 feet; thence South 30° 44' 03" East 131.42 feet; thence South 11° 32' 38" East 55.79 feet; thence South 38° 31' 24" East 26.53 feet; thence South 30° 52' 07" East 269.82 feet to a point on the Southerly line of said Railroad land per said Record of Survey; thence Westerly along said Southerly line South 84° 40' 35" West (record South 84°39'38" West) 12.31 feet to the **TRUE POINT OF BEGINNING.**

**EXCEPTING FROM PARCEL 1** the following portion:
Commencing at the above described **POINT "A"**; thence Southerly along the Westerly line of Parcel 1 South 31° 48' 49" East, 58.70 feet; thence leaving said Westerly line North 56° 11'38" East 25.33 feet to the **TRUE POINT OF BEGINNING**; thence continuing North 56° 11'38" East 34.32 feet; thence South 34°04'46" East 62.68 feet; thence South 56°10'49" West 35.19 feet; thence North 33°17'26" West 62.69 feet to the **TRUE POINT OF BEGINNING.** Portion excepted from Parcel 1 contains 2,178.80 square feet or 0.05 acres, more or less.

**FURTHER EXCEPTING FROM PARCEL 1**, that portion thereof lying below a depth of 500 feet, measured vertically, from the contour of the surface of the property; provided however, such exception does not include the right for any purpose whatsoever to enter upon, into or through the surface of Parcel 1 or any part thereof lying between the surface and 500 feet below the surface.

Containing 33,196.06 Square Feet or 0.762 Acres, more or less.

### PARCEL 2 – TEMPORARY CONSTRUCTION EASEMENT

**COMMENCING** at International Boundary Monument No. 255 on the International boundary between the United States of America and the Republic of Mexico as shown on said Record of Survey; thence Southwesterly along said International boundary South 84° 40' 35" West 144.90 feet (record South 84°39'38" West 144.90 feet per ROS 15490) to the intersection of said International boundary with the Southerly prolongation of the Westerly line of said San Diego and Arizona Eastern Railway Company land (hereinafter referred to as Railroad land) as shown on said Record of Survey; thence leaving said International boundary and Northerly along said

Southerly prolongation North 33°15'25" West (record North 33°18'22" West) 45.28 feet to the Southwest corner of said Railroad land; thence leaving said Westerly prolongation and Easterly along the Southerly line of said Railroad land North 84° 40' 35" East (record North 84°39'38" East) 12.31 feet to the **TRUE POINT OF BEGINNING.** Said point being also the Southeast corner of Parcel 1 described herein; thence leaving said Southerly line and Northerly along the Easterly line of Parcel 1 the following courses: North 30° 52' 07" West 269.82 feet; thence North 38° 31' 24" West 26.53 feet; thence North 11° 32' 38" West 55.79 feet; thence North 30° 44' 03" West 131.42 feet; thence North 34° 57' 51" West 74.78 feet; thence North 56° 46' 42" East 6.47 feet; thence North 31° 10' 35" West 82.36 feet to the beginning of a non-tangent curve concave Northerly having a radius of 49.00 feet to which a radial line bears South 89° 18' 56" East; thence leaving the Easterly line of said Parcel 1 and Southerly, Westerly and Northerly along the Northerly line thereof and along the arc of said curve through a central angle of 144° 24' 00" a distance of 123.49 feet to a point on the Northerly line of said Railroad land as shown on Record of Survey 15490; thence leaving the Northerly line of Parcel 1 and Easterly along the Northerly line of said Railroad land North 57°27'03" East 83.35 feet (record North 57 26'06" East) to an angle point in said Northerly line of Railroad land; thence leaving said Northerly line and continuing North 57°27'03" East 16.65 feet; thence South 31° 10' 35" East 101.17 feet; thence South 22° 50' 04" East 47.39 feet; thence South 38° 49' 05" East 205.15 feet; thence South 23° 55' 28" East 204.41 feet; thence South 41° 48' 09" East 67.84 feet; thence North 82° 54' 45" East 89.62 feet; thence South 05° 19' 25" East 55.78 feet to a point on the Southerly line of said Railroad land; thence Westerly along said Southerly line South 84° 40' 35" West (record South 84°39'38" West per ROS 15490) 103.79 feet to the **TRUE POINT OF BEGINNING.**

**EXCEPTING FROM PARCEL 2**, that portion thereof lying below a depth of 500 feet, measured vertically, from the contour of the surface of the property; provided however, such exception does not include the right for any purpose whatsoever to enter upon, into or through the surface of Parcel 1 or any part thereof lying between the surface and 500 feet below the surface.

Containing 24,038.62 Square Feet or 0.552 Acres, more or less.





SCHEDULE C
DESCRIPTION OF INTERESTS

The estate taken in the property is as follows:

A. A fee simple interest in the property described as Parcel 1 on Schedule A to this Declaration of Taking, however:

1. Reserving for the benefit of each affected utility system operator, an easement for the operation, repair, maintain and replacement of existing utility facilities, provided that:

    a. The United States shall have the right to temporarily or permanently relocate such facilities.

    b. If any portion of a utility easement ceases to be used to serve property not owned by the United States, the easement shall, at the option of the United States, terminate as to such portion. Should the United States decide to exercise this option, it will do so by giving written notice to the operator of the utility.

2. Reserving for the benefit of the San Diego Metropolitan Transit System, the San Diego Trolley Inc., and their successors and assigns:

    a. An easement for the operation, maintenance, repair, replacement and upgrading of existing power and communications facilities serving the San Diego trolley system. The United States shall have the right to temporarily or permanently relocate such facilities.

    b. An easement for ingress and egress between the land excepted from Parcel 1 in Schedule A to this Declaration of Taking and the public street known as Rail Court.

    c. An easement for parking one maintenance vehicle. The vehicle shall be parked in a space designated by the United States in the vicinity of the San Diego Metropolitan Transit System's transformer yard.

3. Reserving for the benefit of tax parcels 667-020-52, 667-020-54, 667-020-69, 667-020-71 and the remainder of tax parcels 667-021-60 and 667-020-70, an easement for ingress and egress to and from rail court and associated improvements, including without limitation retaining walls.

4. Reserving, for the benefit of the property commonly known as 747, 751 and 755 San Ysidro Boulevard (Tax Parcel 667-020-24) the following easements:

    a. A non-exclusive easement for the purpose of pedestrian and vehicular ingress and egress over the northwesterly 19.84 feet of Parcel 1 (defined by a line running parallel to and 19.84 feet southeasterly of the course following Point A in the description of Parcel 1 in Schedule A to this declaration).

    b. A non-exclusive easement for pedestrian ingress and egress between the existing building entrance on the east side of the benefited property and the public road known as Rail Court.

    c. A non-exclusive easement for pedestrian access to the refuse storage area located near the northeast corner of the benefited property from Rail Court and from the building entrance located on the east side of the benefited property; together with an easement

## SCHEDULE D

The just compensation for the taking of any and all interests in the subject matter of this action is Six Hundred Twenty-Five Thousand Dollars ($625,000).

## SCHEDULE E

Names and addresses of the parties who have or may claim an interest in the property:

San Diego & Arizona Eastern Railway Company
Company Address: 1255 Imperial Ave., Suite 1000, San Diego, CA 92101
Principal & Registered Agent: Paul C. Jablonski, 1255 Imperial Avenue, Suite 1000, San Diego, CA 92101

San Diego Metropolitan Transit System, aka San Diego Metropolitan Transit Development Board
1255 Imperial Ave., Suite 1000
San Diego, CA 92101

San Diego & Arizona Eastern Railway Company
Company Address: 1255 Imperial Ave., Suite 1000, San Diego, CA 92101
Principal & Registered Agent: Paul C. Jablonski, 1255 Imperial Ave., Suite 1000, San Diego, CA 92101

San Diego Trolley, Inc.
Company Address: c/o Balerie Vizkeleti, 1255 Imperial Avenue, Suite 1000, San Diego, CA 92101
Principal: Paul C. Jablonski, 1255 Imperial Ave., Suite 1000, San Diego, CA 92101
Registered Agent: Tiffany Lorenzen, 1255 Imperial Ave., Suite 1000, San Diego, CA 92101

San Diego & Imperial Valley Railroad Company, Inc.
Company Address: c/o Tax Department, 7411 Fullerton Street, Jacksonville, FL 32256
Principal: Robert Jones, 7411 Fullerton Street, Jacksonville, FL 32256
Registered Agent: CT Corporation System, 818 W. 7th St., Los Angeles, CA 90017

Carrizo Gorge Railway Inc.
Company Address: P.O. Box 2310, La Mesa, CA 91943
Registered Agent: Scott Tallman, 362 Front St., Ste. E, El Cajon, CA 92020

Innovative Cold Storage Enterprises, Inc.
Company Address: 1000 Pioneer Way, El Cajon, CA 92020
Principal & Registered Agent: Jeffrey C. Hamann, 1000 Pioneer Way, El Cajon, CA 92020

The City of San Diego
202 C Street
San Diego, CA 92101

The County of San Diego
1600 Pacific Highway
San Diego, CA 92101

The State of California
c/o California Department of Transportation, District 11
4050 Taylor Street
San Diego, CA 92110

Redevelopment Agency of the City of San Diego
1200 Third Avenue
Civic Center Plaza
Suite 1620
San Diego, CA 92101-4199

San Diego Gas and Electric Company
Company Address: c/o Corporate Law Dept., 101 Ash Street, San Diego CA 92101
Principal: Jessie J. Knight, Jr. 8330 Century Park Ct., San Diego, CA 92123
Registered Agent: Randall L. Clark, 101 Ash Street, San Diego, CA 92101

Pacific Bell Telephone Company, formerly Southern California Telephone Company
Company Address: c/o Claudia Mora, 110 N. St. Mary's St., Rm 9-002, San Antonio, TX 78215
Registered Agent: CT Corporation System, 818 W 7th Street, Los Angeles, CA 90017

J & M International, a California Limited Partnership
Corporate Address: c/o Melinda Lim, 1660 Homet Rd., Pasadena, CA 91106
Registered Agent: Melinda Lim, 1660 Homet Rd., Pasadena, CA 91106

Saroma Inc., dba Mercado Internacional 2000
Premises: 747 E San Ysidro Blvd., San Ysidro, CA 92173
Corporate Address: 747 E San Ysidro Blvd., San Ysidro, CA 92173
Registered Agent: Roberto Herrera, 458 Manzano Pl., Chula Vista, CA 91910

Transportes Intercalifornias, Inc.
Premises: 751 E. San Ysidro Blvd., San Ysidro, CA 92173
Corporate Address: 5013 Telegraph Rd., Los Angeles, CA 90022
Registered Agent: Richard Gomez, 5013 Telegraph Rd., Los Angeles, CA 90022

Gyn Kim, dba Regalo Perfecto,
755 E San Ysidro Blvd., San Ysidro, CA 92173

Grand Central West, LLC
Company Address: c/o Peter H. Lawrence, ESQ., 110 Juniper Street, San Diego, CA 92101
Registered Agent: Peter H. Lawrence, ESQ., 110 Juniper Street, San Diego, CA 92101
Note: Above information from California Secretary of State appears to be out of date. State Bar of California records show that Mr. Lawrence is no longer practicing and has an address of 2620 Worden St Unit 165, San Diego, CA 92110.

Security Business Bank of San Diego
701 B Street, Suite 100
San Diego, CA 92101
Registered Agent: Richard E. Knecht, 1301 Dove Street, Suite 900, Newport Beach, CA92660

McDonald's Corporation
Re: Restaurant #06647
One McDonald's Plaza, Oak Brook IL 60423-1900
Principal: James Skinner, One McDonald's Plaza, Oak Brook, IL 60523
Registered Agent: The Prentice-Hall Corporation System, Inc.,
2730 Gateway Oaks Dr., Ste. 100 Sacramento, CA 95833

Geminae Inc.
Corporate Address: c/o Sara Gomez, P.O. Box 1580 Oceanside, CA 92051
Principal: Ernie Sandoval, 3646 Ocean Ranch Blvd, Oceanside, CA 92056
Registered Agent: Gerald Tomsic, 135 S. Jackson St., Suite 200, Glendale, CA 91205

Greyhound Lines, Inc.
Company Address: 600 Vine Street, Suite 1400, Cincinnati, OH 45202
Principal: David S. Leach, 15110 N. Dallas Parkway, Dallas, TX 75248
Registered Agent: CT Corporation System, 818 W &th Street, Los Angeles, CA 90017